AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All i-Payout/International Payout funds held for the benefit of the entities and persons listed in the attached Schedule A, including all funds held in any reserve account | )<br>)<br>)  Case No.   14-mj-4127-DHH<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Southern___ District of ___Florida___ is subject to forfeiture to the United States of America under ___see below___ U.S.C. §§ _____ *(describe the property)*:

All i-Payout/International Payout funds held for the benefit of the entities and persons listed in the attached Schedule A, including all funds held in any reserve account

The application is based on these facts:

Subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 982(a)(1), and 28 U.S.C. § 2461(c),

See Affidavit attached as Exhibit A.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

DHS-HSI Special Agent Paul Melican
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/24/2014__

_____
*Judge's signature*

City and state: Boston, Massachusetts

U.S. Magistrate Judge David H. Hennessy
*Printed name and title*